**Leon CRIHFIELD, Petitioner,**

v.

**PEABODY COAL COMPANY; Director, Office of Workers' Compensation Programs, Respondents.**

No. 08–1652.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 21, 2009.

Decided: Feb. 6, 2009.

S.F. Raymond Smith, Juliet Rundle & Associates, Pineville, West Virginia, for Petitioner. Mark E. Solomons, Laura Metcoff Klaus, Greenberg Traurig LLP, Washington, D.C., for Respondent Peabody Coal Company.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Crihfield seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2006). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *Crihfield v. Peabody Coal Co.,* No. 07–0670–BLA (B.R.B. May 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*